## People of the State of Illinois, Defendant in Error, v. John Wilson, Plaintiff in Error.

### Gen. No. 42,774. 

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Francis J. Callahan, for plaintiff in error; W. G. Anderson, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by Presiding Justice O'Connor. Not to be published in full.